UPCHURCH v. UPCHURCH

No. 82P98

Case below: 128 N.C.App. 461

Petition by defendant (Upchurch, Sr.) for discretionary review pursuant to G.S. 7A-31 denied 7 May 1998. Petition by defendant (Upchurch, Jr.) for discretionary review pursuant to G.S. 7A-31 denied 7 May 1998.

WALDEN v. BURKE COUNTY BD. OF EDUC.

No. 36P98

Case below: 128 N.C.App. 532

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 May 1998.


PETITIONS TO REHEAR

DEPT. OF TRANSPORTATION v. HUMPHRIES

No. 232PA97

Case below: 347 N.C. 649

Petition by Attorney General to rehear pursuant to Rule 31 denied 7 May 1998.

SWANN v. LEN-CARE REST HOME, INC.

No. 522A97

Case below: 348 N.C. 68

Petition by plaintiff to rehear pursuant to Rule 31 dismissed 7 May 1998.